FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 25 2019 ★

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------X

J & J SPORTS PRODUCTIONS, INC.,

                      Plaintiff,

     -against-

MANUEL T. MOROCHO, individual and d/b/a
Salina's Ecuadorian Bar & Restaurant; and
SALINA'S ECUADORIAN BAR &
RESTAURANT CORP., an unknown business
entity d/b/a Salina's Ecuadorian Bar & Restaurant,

                      Defendants.

-------------------------------------------------------------------------X

**ORDER ADOPTING REPORT**
**AND RECOMMENDATION**
18-cv-2303 (AMD) (RML)

**ANN M. DONNELLY, United States District Judge:**

On April 18, 2018, the plaintiff, J & J Sports Productions, Inc., commenced this action

against the defendants, Manuel T. Morocho and Salina's Ecuadorian Bar & Restaurant Corp.

(ECF No. 1.) On May 31, 2018, the plaintiff requested a certificate of default, which the clerk of

the court entered against each defendant on June 14, 2018. (ECF Nos. 8, 10, 11.) The plaintiff

filed a motion for default judgment on July 10, 2018, seeking an award for $18,000 in statutory

damages, $54,000 in enhanced damages, pre- and post-judgment interest, attorney's fees, and

costs. (ECF No. 12.) On January 28, 2019, the Honorable Robert M. Levy recommended that I

deny the plaintiff's motion with respect to defendant Morocho, grant the plaintiff's motion with

respect to defendant Salina's Ecuadorian Bar & Restaurant, award the plaintiff $21,430.50 plus

post-judgment interest at the federal statutory rate, and permit the plaintiff to move for attorney's

fees and costs. (ECF No. 15.) No objections have been filed to the Report and

Recommendation, and the time for doing so has passed. (*Id.*)

1

In reviewing a Report and Recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). Where no party has objected to the magistrate judge's recommendation, "a district court need only satisfy itself that there is no clear error on the face of the record." *Urena v. New York*, 160 F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001) (quoting *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)).

I have carefully reviewed Judge Levy's thorough and well-reasoned Report and Recommendation for clear error, and find none. Accordingly, I adopt the Report and Recommendation in its entirety. The plaintiff's motion for default judgment against defendant Morocho is denied, the plaintiff's motion against defendant Salina's Ecuadorian Bar & Restaurant is granted, and judgment is entered in favor of the plaintiff against Salina's Ecuadorian Bar & Restaurant in the amount of $21,430.50, plus post-judgment interest at the federal statutory rate until the judgment is paid in full. The plaintiff is directed to file its motion for attorney's fees and costs within 30 days of the date of this order.

**SO ORDERED.**

s/Ann M. Donnelly
_____
Ann M. Donnelly
United States District Judge

Dated: Brooklyn, New York
       March 25, 2019